## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Annette Combs,

            Plaintiff,

v.

Costco Wholesale Corporation,

            Defendant.

Civil No. 11-3416 (RHK/JJG)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

In accordance with the Stipulation of Voluntary Dismissal with Prejudice (Doc. No. 11) filed by the parties, **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE,** without fees or costs to either party.

Dated: July 19, 2012

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge